### 9328.  MANLEY v. STATE OF GEORGIA.

BLOODWORTH, J.  The motion for a new trial contained the general grounds
only, and, there being some evidence to support the verdict, "this court
can not disturb the finding of the jury by overruling the refusal of the
trial judge to grant a new trial upon the ground' that the verdict was
contrary to evidence or without evidence to support it."  McCarty v.
Keys, 19 Ga. App. 494 (91 S. E. 875), and cases cited.
            Judgment affirmed.  Broyles, P. J., and Harwell, J., concur.
                        DECIDED MARCH 6, 1918.

Condemnation of vehicle under liquor law; from city court of
Griffin—Judge Goodrich.  October 6, 1917.

E. M. Smith, W. H. Connor, for plaintiff in error.

J. A. Darsey, solicitor pro tempore, contra.